✎ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :       MISDEMEANOR
                                        INFORMATION
        v.                      :
                                        08 Cr.
DEEDRA JOHNSON,                 :

            Defendant.          :

- - - - - - - - - - - - - - - - X

**08 CRIM 122**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 13 2008

COUNT ONE

The United States Attorney charges:

On or about March 5, 2006, up to and including on or about June 30, 2006, in the Southern District of New York and elsewhere, DEEDRA JOHNSON, the defendant, unlawfully, willfully, and knowingly, did falsify, conceal, and cover up material facts and did make false, fictitious, and fraudulent statements and representations, and did make and use false statements and reports knowing the same to contain false, fictitious, and fraudulent statements and entries in connection with an application for and receipt of compensation and other benefit and payment under Title 5, United States Code, Section 8102 *et seq.*, and the amount of such benefit and payment so obtained did not exceed $1,000, to wit, JOHNSON made false statements in applications for federal compensation for work injuries.

(Title 18, United States Code, Section 1920.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney