# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

April 16, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/21/08

**BY HAND**

The Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Deedra Johnson**
      **08 Cr. 122 (HBP)**

Dear Judge Pitman:

I write on behalf of my client, Deedra Johnson, to respectfully request a six-week adjournment of her sentencing, scheduled for June 25, 2008 at 10 a.m. Ms. Johnson is currently participating in a six week job-training program at Westchester County Airport, which began on April 7, 2008 and will end on May 14, 2008. If Ms. Johnson misses a single day of training, she will fail the program and be ineligible for the job. As such, the pre-sentence investigation interview cannot be scheduled until the program ends. For that reason I request that Ms. Johnson's sentencing be adjourned to any one of the following weeks: August 11, August 18, September 2, or September 8, 2008. I have conferred with Assistant United States Attorney Carrie Cohen, who consents to this adjournment request on behalf of the Government.

Respectfully submitted,

Philip L. Weinstein
Assistant Federal Defender
Tel: (212) 417-8744

cc:   Carrie Cohen, Esq.
      Assistant United States Attorney (by fax)

      Stephanie Dunne
      United States Probation Officer (by fax)

      Deedra Johnson
      344 E. 176th St., Apt. 3B
      Bronx, NY 10457

*Sentencing is adjourned to 8-11-08 at 10:00 AM*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

4-18-08